Commonwealth *v.* Jones, Appellant.

Submitted June 22, 1971. *William Goldstein* and *Paul M. Goldstein,* for appellant; *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First

Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.
Order affirmed.